JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUFFA, LLC, ETC. ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> SARAHI RAMOS, ET AL., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. SACV11-1179-DOC(MLGx) <br><br> ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by January 1, 2013, to reopen this action if settlement is not consummated.

DATED: May 15, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge